## INDEX OF DOCUMENTS FILED
## WITH REMOVAL ACTION

### CHEESE VS. GEICO

(a) Plaintiffs' Original Petition;

(b) Citation on Defendant, GEICO, and Return of Service;

(c) Defendant's Original Answer;

(d) Jury Demand;

(e) Docket/Case Summary Sheet.

