United States District Court
Southern District of Texas
**ENTERED**
December 22, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HOMER CHEESE AND TANIKKA CHEESE § § § | |
| VS. § § | C.A. NO. 4:17-cv-02120 (JURY) |
| GEICO INDEMNITY COMPANY and GEICO COUNTY MUTUAL INSURANCE COMPANY § § § | |

## ORDER GRANTING AGREED MOTION TO REMAND

Having considered the Agreed Motion to Remand filed by Plaintiffs **HOMER CHEESE and TANIKKA CHEESE** and Defendants **GEICO INDEMNITY COMPANY and GEICO COUNTY MUTUAL INSURANCE COMPANY**, the Court is of the opinion that the Agreed Motion should be GRANTED. It is therefore,

ORDERED, ADJUDGES, and DECREED that the parties' Agreed Motion is GRANTED and that this case be remanded to the clerk of the 157th Judicial District of Harris County, Texas.

DEC 2 2 2017

_____
U.S. DISTRICT JUDGE